IN THE UNITED STATES BANKRUPTCY COURT
FOR District of Nevada

In Re:

| | |
|---|---|
| Kimberly Janette Honsvick | ) Case No: 09-22385 |
| Phillip Thorvald Honsvick | ) Chapter: 13 |
| | ) |
| SSN: *******5269<br>SSN: *******3161 | )<br>) |

Debtor(s)

---

REQUEST FOR SPECIAL NOTICE AND SERVICES

---

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Please take this notice that the undersigned is an authorized agent/entity and hereby enters its request on behalf of Household Finance Realty Corporation of Nevada and pursuant to Rule 2002 of the Bankruptcy Rules, requests inclusion into the Master Mailing List and special notice of all events relevant to the above referenced bankruptcy to and including all notices, pleading and other documents filed in the proceeding, be sent to the creditor at the address listed below.

Respectfully Submitted,
Moss Codilis, L.L.P.


/s/ Jose Miguel Gaspar August 24, 2009

Moss Codilis, L.L.P.
AUTHORIZED AGENT/ENTITY
FOR THE CREDITOR
Phone: 303-799-6966
Fax:  720-240-5454


Creditor:
Household Finance Realty Corporation of Nevada
P.O. Box 21188
Eagan, MN 55121-4201
Loan Number: ******4048

Debtor Attorney= Christopher Patrick Burke
Trustee = Rick A. Yarnall
Court = US BK CT